HYSINGER v. SIMMONS

No. 696P86.

Case below: 83 N.C. App. 343.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

IN RE CHARTER PINES HOSPITAL, INC. v. N. C. DEPT. OF HUMAN RESOURCES

No. 707P86.

Case below: 83 N.C. App. 161.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

LITTLE v. CITY OF LOCUST

No. 701P86.

Case below: 83 N.C. App. 224.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

McGARITY v. CRAIGHILL, RENDLEMAN, INGLE & BLYTHE, P.A.

No. 694P86.

Case below: 83 N.C. App. 106.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

NATIONWIDE MUTUAL LIFE INS. CO. v. PITTMAN

No. 645P86.

Case below: 82 N.C. App. 756.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.